UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH POPE, | No. 2:13-cv-1896 DAD P |
| Plaintiff, | |
| v. | ORDER FOR PAYMENT OF INMATE FILING FEE |
| TERRI MCDONALD, et al., | |
| Defendants. | |

To: Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forward payments to the Clerk of the Court each time

1

1  the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the
2  $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified
3  by the name and number assigned to this action.
4      2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's
5  signed in forma pauperis affidavit on the Director, California Department of Corrections and
6  Rehabilitation, 1515 S Street, Sacramento, California 95814.
7      3. The Clerk of the Court is directed to serve a copy of this order on the Financial
8  Department of the court.
9  Dated:  February 26, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
pope1896.cdc

2